JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY MACIAS,<br><br>           Plaintiff,<br><br>  v.<br><br>NORMAN, FOX & CO.,<br><br>           Defendant. | CASE NO. 2:22-cv-04325 DSF-MRW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>(Environmental – Clean Water Act, 33 U.S.C. § 1251, et seq.)<br><br>Action Filed: June 24, 2022<br>Trial Date:    June 4, 2024 |

-2-

Pending before the Court is a stipulated request to dismiss this federal Clean Water Act action with prejudice.  Having waited 45 days to allow the Department of Justice to file a response, and good cause appearing, this action is hereby dismissed with prejudice as requested by the Parties.

**IT IS SO ORDERED.**

DATED: 9/15/2023                    By: /s/ Dale S. Fischer
                                        Dale S. Fischer
                                        United States District Judge